CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 23 2014

JULIA A. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT STEVEN JOYCE, ) | |
|     Plaintiff, ) | Civil Action No. 7:14-cv-00647 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| WARDEN MATHENA, ) | By:   Glen E. Conrad |
|     Defendant(s). ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22nd day of December, 2014.

/s/ Glen E. Conrad
Chief United States District Judge